ACCEPTED
03-14-00326-CV
3664337
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 12:27:48 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00326-CV

| | | |
|---|---|---|
| BOARD OF REGENTS, TEXAS STATE UNIVERSITY and TEXAS STATE UNIVERSITY - SAN MARCOS, <br> *Appellants*, | § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE COURT OF APPEALS <br> 3rd COURT OF APPEALS <br> AUSTIN, TEXAS <br> 1/6/2015 12:27:48 PM <br> JEFFREY D. KYLE <br> Clerk |
| V. | § <br> § <br> § | THIRD DISTRICT OF TEXAS |
| STEPHANIE PAIGE STEINBACH <br> *Appellee*. | § <br> § | AUSTIN DIVISION |

## DESIGNATION OF NEW LEAD COUNSEL
## IN CHARGE OF FILE

TO THE HONORABLE COURT OF APPEALS:

COME NOW Appellants BOARD OF REGENTS, TEXAS STATE UNIVERSITY AND TEXAS STATE UNIVERSITY–SAN MARCOS, by and through its attorney of record, Ken Paxton, Attorney General of the State of Texas, and hereby notifies the Court of the designation of NICHELLE A. COBB, as Assistant Attorney General in charge of this file, formerly assigned to Assistant Attorney General, KAMILLA STOKES.

This substitution is being made because KAMILLA STOKES has begun employment with another state agency and is no longer is employed as an Assistant Attorney General.

All counsels of record have been notified of this designation by copies of this pleading.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KARA L. KENNEDY
Chief, Tort Litigation Division


/s/ *Nichelle A. Cobb*

NICHELLE A. COBB
Assistant Attorney General
State Bar No.  00786301
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2197
Fax (512) 457-4442
Nichelle.Cobb@texasattorneygeneral.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015 at approximately at 12:30 p.m. a true and correct copy of the foregoing instrument was served on the parties listed below either by U.S. mail, certified, return receipt requested, by depositing it enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the care and custody of the United States Postal Service or by electronic service concurrently with the electronic filing of the document. The electronic transmission of the document was reported as complete. My email address is Nichelle.Cobb@texasattorneygeneral.gov and my fax number is (512) 457-4442.

Mr. Mark Cusack                    *Via Electronic Service*
242 North Guadalupe Street
San Marcos, Texas 78666
cusacklaw@centurytel.net

/s/ *Nichelle A. Cobb*
NICHELLE A. COBB
Assistant Attorney General